**DISMISS and Opinion Filed April 12, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00020-CV

### IN THE INTEREST OF H.L.W. AND M.E.W., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-54347-2015**

## MEMORANDUM OPINION

Before Justices Fillmore, Stoddart, and Schenck
Opinion by Justice Stoddart

The clerk's record is past due. After receiving notice from the district clerk's office that appellant had not paid the clerk's fee, we ordered appellant, on March 15, 2016, to file, within ten days, either written verification that he has paid or made arrangements to pay the clerk's fee or written documentation that he has been found entitled to proceed without payment of costs. We cautioned appellant that if we did not receive the required documentation within the time specified, we may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). As of today's date, appellant has not responded. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

160020F.P05

/Craig Stoddart/
CRAIG STODDART
JUSTICE